IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATASHA FLETCHER | CIVIL ACTION NO. |
| VS. | 21-1692 |
| LYFT, INC., FLEXDRIVE SERVICES, LLC AND SHAWN CANNADY | |

## STIPULATION OF THE PARTIES TO REMAND

The parties, by and through their respective undersigned counsel, hereby stipulate and agree to remand the instant matter to the Philadelphia County Court of Common Pleas, March Term, 2021, No. 0072.

Spear, Greenfield, Richman, Weitz & Taggart, PC

_____
Marc F. Greenfield, Esq.
Attorney for Plaintiff

Dickie, McCamey & Chilcote, P.C.

/s/ Allison Perry
_____
Allison L. Perry, Esq.
Attorney for Defendant Lyft, Inc.

Marshall, Dennehey Warner, Coleman & Goggin, PC

_____
Laurianne Falcone, Esq.
Attorney for Defendants Flexdrive Services, LLC and Shawn Cannady

APPROVED BY THE COURT:

/s/ Harvey Bartle III
_____
HON. HARVEY BARTLE, III

April 21, 2021